### SIBLEY *et al.*, executors, *v.* CARMICHAEL.

EVANS, J. This case is controlled by the decision this day announced in the case of *Barnes* v. *Carter*, ante, 895.

*Judgment reversed. All the Justices concur.*

Submitted July 14,—Decided August 11, 1904.

Petition for injunction.    Before Judge Parker.    Ware superior court.    February 29, 1904.

*Leon A. Wilson*, for plaintiffs.
*Toomer & Reynolds*, for defendant.